02-12-101-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00101-CV 

 

 


 
 
 In the Matter of J.I.R., A Juvenile
 
 
  
 
 
  
 
 


 

 

 

------------

 

FROM THE 89th
District Court OF Wichita COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered “Juvenile-Appellant’s Motion To Dismiss Appeal.”  It is the
court=s
opinion that the motion should be granted; therefore, we dismiss the appeal.  See
Tex. R. App. P. 42.1(a)(1), 43.2(f).

          

                                                                             PER
CURIAM

PANEL: 
WALKER,
MCCOY, and MEIER, JJ. 


 

DELIVERED:
 August 30, 2012









[1]See Tex. R. App. P. 47.4.